**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6330**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ERNEST BAILEY,

                Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Marvin J. Garbis, Senior District
Judge.  (1:00-cr-00152-MJG-1)

Submitted:  June 17, 2010              Decided:  June 28, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ernest Bailey, Appellant Pro Se.   Albert David Copperthite,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Bailey, a federal prisoner, appeals the district court's order denying his motion for reconsideration of the denial of his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition, and its subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bailey, No. 1:00-cr-00152-MJG-1 (D. Md. Jan. 8, 2010; Jan. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED